UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MICHAEL LAGREDELLE,

                Plaintiff,

    v.

VIRGIN ATLANTIC AIRWAYS LIMITED,
SWISSPORT USA, INC., PETER NEIL,
STEPHEN KOLASINSKI, GILBERT RAZZOUK,
OSCAR YIU, KIM YAN, and PAWEL NADOGLESKY

                Defendants.

---------------------------------------------------------------x

Case No. 13-CV-01422

**RULE 7.1 CORPORATE DISCLOSURE**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that defendant Virgin Atlantic Airways Limited ("Virgin") is a United Kingdom organization licensed to do business in New York State. Virgin is not a publicly traded company, nor does it have any corporate parents, subsidiaries, shareholders, or affiliates which are publicly held.

Dated: New York, New York
       April 18, 2013

                                            COLLAZO FLORENTINO & KEIL LLP

                                      By: _____
                                               Tonianne Florentino
                                               Adam Harris
                                               Attorneys for Defendants
                                                 Virgin Atlantic Airways Ltd.
                                                 Pieter Nel
                                                 Gilbert Razzouk
                                               747 Third Avenue
                                               New York, New York 10017
                                               (212) 758-7600