IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

JUL 10 2013

BROOKLYN OFFICE

| | |
|---|---|
| Michael LaGredelle, | )<br>) |
| Plaintiff, | )<br>) Civil Action Number:<br>) 1:13-cv-01422-ILG-RLM |
| -against- | )<br>) |
| Virgin Atlantic Airways Limited, Swissport USA, Inc., Peter Neil, Stephen Kolasinski, Gilbert Razzouk, Oscar Yiu, Kim Yan, and Pawel Nadglowski, | ) **STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE**<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Michael LaGredelle ("Plaintiff" or "LaGredelle") and Virgin Atlantic Airways Limited, Swissport USA, Inc., Pieter Nel (incorrectly named in the caption as Peter Neil), Gilbert Razzouk, Oscar Yiu, and Kim Yan (collectively "Defendants") through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and CPLR §3217(a)(2), and whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, Plaintiff's claims against Defendants in the above-captioned action are dismissed with prejudice, and without costs or attorneys' fees to either party. This Stipulation may be signed in counterparts and by facsimile, pdf, or electronic signatures, all of which shall be treated as an original when taken together.

Dated: New York, New York
July 1, 2013

PHILLIPS & ASSOCIATES, PLLC

By: /s/Jesse C. Rose
Jesse C. Rose, Esq.
30 Broad Street, 35th Floor
New York, NY 10004
(212) 248-7431

NY/1267877v1

*Attorneys for Plaintiff Michael LaGredelle*

SEDGWICK LLP

By: /s/ J. Gregory Lahr
    J. Gregory Lahr (JL9969)
    Ryan C. Chapoteau (RC0689)
    SEDGWICK LLP
    225 Liberty Street, 28th Floor
    New York, NY 10281-1008
    Telephone: 212.422.0202
    Facsimile: 212.422.0925
    *Attorneys for Defendants*
    *Swissport USA, Inc., Oscar Yiu, and Kim Yan*

COLLAZO FLORENTINO & KEIL LLP

By: _____
    Tonianne Florentino, Esq.
    Adam Harris, Esq.
    Collazo Florentino & Keil LLP
    747 Third Avenue
    New York, NY 10017
    (212) 758-7600
    *Attorneys for Virgin Atlantic Airways, Ltd.,*
    *Pieter Nel, and Gilbert Razzouk*

So Ordered. s/ILG
USDJ  7/10/13